IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MORAN INDUSTRIES, INC. | : | Case No. 4:12-cv-01435 |
| Plaintiff, | : | |
| v. | : | (Judge Brann) |
| THE NETHERLANDS INSURANCE, CO. | : | |
| Defendant. | : | |

**ORDER**
February 19, 2014

AND NOW, this 19th day of February, 2014, it is hereby ORDERED in accordance with a memorandum of this same date that:

1. Defendant The Netherlands Insurance Company's Motion for Summary Judgment (ECF No. 14) is DENIED with respect to Count I of the Plaintiff's Complaint (ECF No. 1, Ex. A).

2. Defendant's Motion for Summary Judgment is GRANTED with respect to Count II of Plaintiff's Complaint.

3. Count II of Plaintiff's Complaint is DISMISSED.

BY THE COURT:

s/ Matthew W. Brann
Matthew W. Brann
United States District Judge